UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Rosemary Blake<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-09415<br><br>Chapter:  13<br>Honorable Timothy Barnes |

## ORDER MODIFYING CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Debtor is permitted to keep $1,200 of each year's tax refund beginning with her 2018 refund.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  March 21, 2019

**Prepared by:**

Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603